No. 89–1797.  MATTA-BALLESTEROS *v.* HENMAN, WARDEN. C. A. 7th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 89–1829.  FMC CORP. *v.* GANDER.  C. A. 8th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 89–1921.  VARCA ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 89–1924.  SPILLONE *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 89–7492.  SAVIDES *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 90–120.  DILLARD ET AL. *v.* HARRIS ET AL.  C. A. 11th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 90–139.  TEXAS *v.* SKELTON.  Ct. Crim. App. Tex.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 90–169.  DAVIS ET AL. *v.* TENNESSEE DEPARTMENT OF EMPLOYMENT SECURITY ET AL.  C. A. 6th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 90–194.  INLAND-ROME, INC. *v.* RHODES ET AL.  Ct. App. Ga.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 90–224.  BARNES ET AL. *v.* GenCorp INC. ET AL.  C. A. 6th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.